**DISMISS; and Opinion Filed February 10, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00144-CR

**AGUSTIN MATTHEW RINCON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F14-45614-K**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Brown
Opinion by Justice Brown

Agustin Matthew Rincon was convicted of felony assault involving family violence.

Pursuant to a plea agreement, the trial court sentenced appellant to three years' imprisonment.

Appellant waived his right to appeal as part of the plea agreement, *see Blanco v. State*, 18

S.W.3d 218, 219–20 (Tex. Crim. App. 2000), and the trial court certified that the case involves a

plea bargain and appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v.*

*State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). We dismiss the appeal for want of jurisdiction.

/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

150144F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AGUSTIN MATTHEW RINCON, Appellant

No. 05-15-00144-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 4, Dallas County, Texas
Trial Court Cause No. F14-45614-K.
Opinion delivered by Justice Brown, Justices Bridges and Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 10th day of February, 2015.